1  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
2  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
3  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
4  Roseville, California 95661
   Telephone: (408) 279-2288
5  Facsimile: (408) 279-2299

6  Attorneys for Plaintiff
   Rhonda Guiton

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| RHONDA GUITON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>　　　　Defendant. | Case No.: 2:18-cv-00757-MCE-AC<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Experian Information Solutions Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  March 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE